**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Tena M Hendrickson, Case No. 21-26103-beh
Chapter 13

Debtor.

**NOTICE OF APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES OF DEBTOR'S COUNSEL**

**To: All Creditors, U.S. Trustee, and Debtor:**

PLEASE TAKE NOTICE that the law firm of Steinhilber Swanson LLP ("Applicant"), Debtor's counsel in this case, has filed an Application for Allowance and Payment of Fees and Expenses of Debtor's Counsel (the "Fee Application"), in which it has applied to the Court for the following:

1. Approval of Applicant's fees for services rendered as Debtor's counsel, in the amount of $25,840.00 together with reimbursement for actual and necessary expenses incurred in the amount of $635.38, for a total of $26,475.38 (the "Fee Award") during the period from January 20, 2021 through April 8, 2022 (the "Fee Period").
   a. The Applicant has received $2,048.00 in prepetition fees and costs advanced by the Debtor;
2. Payment of the unpaid balance of the Fee Award, in the amount of $24,427.38 after accounting for the pre-petition payments summarized above, to be disbursed to Applicant as follows:
   a. Applicant is currently holding $80.14 in its Client Trust Account, related to cost advances which the Debtor reimbursed to Applicant on a post-petition basis, which the Applicant is requesting approval to disburse against the Fee Award;
   b. The balance of the Fee Award, in the amount of $24,347.24, shall be payable through the Plan, to be disbursed by the Trustee from Plan payments.

A copy of the Fee Application can be obtained either electronically from or at the office of the Bankruptcy Clerk of Courts whose address is listed below, or can be obtained by requesting copies from the undersigned.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Applicant's Fee Application, or if you want the Court to consider your views on the matter, then no later than **21 days from the date of this Notice**, you or your attorney must:

1. File with the Court a written objection at:

Clerk of the U. S. Bankruptcy Court
Room 126, Federal Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2. You must also mail a copy to:

Office of the U. S. Trustee
517 E. Wisconsin Ave., Rm 430
Milwaukee, WI 53202

Attorney John W. Menn
Steinhilber Swanson LLP
107 Church Avenue
Oshkosh, Wisconsin 54901

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Fee Application and may enter an Order granting that relief.

Dated this April 8, 2022.

STEINHILBER SWANSON LLP

By: */s/ John W. Menn*
John W. Menn
Attorney for the Debtor
107 Church Avenue
Oshkosh, WI 54901
Tel: (920) 426-0456; Fax: (920) 426-553

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Tena M Hendrickson, Case No. 21-26103-beh
Chapter 13

Debtor.

**APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES OF DEBTOR'S COUNSEL**

NOW COMES the firm of Steinhilber Swanson LLP (hereinafter "Applicant"), by Attorney John W. Menn, and pursuant to 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2016, submits this Application for Allowance and Payment of Fees and Expenses of Debtor's Counsel (the "Fee Application"), and in support thereof states as follows:

**Jurisdiction and Background**

1. The Debtor in this Chapter 13 case retained Applicant as general bankruptcy counsel to aid her in the advancement of this case, and applicant first performed work in connection with this bankruptcy on January 20, 2021.
2. On November 29, 2021 (the "Petition Date"), Tena M. Hendrickson (the "Debtor") filed a voluntary petition under Chapter 13 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code").

**Fee Period Request**

3. This Fee Application requests final approval and payment of fees and expenses in this case accruing during the period from January 20, 2021 through April 8, 2022 (the "Fee Period").
4. The regular hourly rates for attorneys and paraprofessionals of the firm who performed work on this case ranged from $180.00 - $475.00 per hour during the Fee Period.
5. During the Fee Period, Applicant expended 95 hours on this case. A breakdown of total time spent by each timekeeper involved in the case during the Fee Period is as follows:

| Name | Position | Hours Worked | Total Billed | Average Hourly Rate |
|---|---|---|---|---|
| John W. Menn | Partner | 9.5 | $ 3,745.50 | $ 394.26 |
| Virginia E. George | Partner | 0.2 | $ - | $ - |
| Beth M. Brockmeyer | Senior Associate | 83.4 | $ 21,742.50 | $ 260.70 |
| Cynthia A. Krutke | Paralegal | 1.9 | $ 352.00 | $ 185.26 |
| ***Total:*** | | ***95*** | ***$ 25,840.00*** | ***$ 272.00*** |

6. Based upon the hourly rates stated above and the time expended by Applicant, the value of the services rendered by Applicant during that time period was $25,840.00. In addition, reasonable and necessary costs of $635.38 were incurred, for an aggregate total of $26,475.38 (the "Fee Award") earned by Applicant during the Fee Period.
7. In the Fee Period, Applicant assessed the Debtor’s financial situation and options, assisted the Debtor in preparing loan modification documents for Debtor’s first mortgage on a pre-petition basis in an effort to resolve as many mortgage-related issues as possible prior to the bankruptcy filing; reviewed recorded real estate documents and foreclosure case filings regarding lien priority on the Debtor’s homestead real estate; researched the issue of the Legacy Bank mortgage and related judgments docketed in 2 counties, arising from an old mortgage debt which had been assigned to the FDIC when Legacy Bank closed, and through extensive efforts and negotiations with the FDIC in its capacity as a receiver of Legacy Bank debt, obtained the release and satisfaction of the mortgage and judgments, effectively resolving and eliminating this $250,751.43 disputed judgment claim, which significantly improved the Debtor’s ability to reorganize; based on the progressing foreclosure involving the First American Capital Corporation (“FACC”) and Rushmore Loan Servicing (“Rushmore”), the Debtor entered chapter 13 to resolve the remaining issues. Preparing and filing the petition and schedules required extensive document review

to accurately and fully assess the Debtor's self-employment and other financial records and ensure accuracy. Post-petition, Applicant negotiated with First American Capital Corporation on a second mortgage for a reduced claim amount to be paid through the plan (at significant savings to the Debtor) and drafted and filed a Motion for Referral to Mortgage Modification Mediation Program to finish dealing with the Rushmore mortgage. The time spent reviewing, compiling, assessing, and clarifying the self employment information in connection with the bankruptcy schedule preparation also assisted in the Debtor's efforts to obtain a mortgage modification through the MMM Program (which is ongoing), as the self employment information was much better prepared by the time the Debtor applied for and entered the MMM Program. Applicant's efforts and positive results in connection with the mortgage issues have allowed the Debtor to propose a feasible plan. Throughout the case, Applicant and Debtor have had extensive communications / discussions regarding bankruptcy and MMM Program requirements and obligations, in order to comply with all Court, Trustee, and creditor requirements. Applicant has also reviewed the proof of claim on file by Rushmore for potential objection due to extraordinary attorney fees (negotiations on this issue are ongoing through the MMM Program); drafted and uploaded mortgage mediation documents to the portal; attended the 341 hearing; drafted and filed an amended plan resolving issues raised by the Trustee at the 341 meeting, ultimately obtaining confirmation of the Plan; and prepared and drafted this fee application.

8. Applicant has applied line-item discounts to reduce the total fee request, in order to reduce or eliminate items where multiple attorneys were involved, where the total time involved to complete the work was greater than expected, where the time involved was in the nature

of training time, and as a courtesy to the Debtor to make the total amount of the fees more manageable.

9. Detailed time records are attached as Exhibit A to this Fee Application.

10. Applicant is experienced in bankruptcy matters and in Chapter 13 proceedings. Applicant's hourly rates are in conformity with the rates charged by similarly situated bankruptcy counsel. A summary of the attorneys and professional staff who performed work on this case during the Fee Period is attached hereto as Exhibit B, pursuant to the requirement of Local Rule 2016(a)(1).

11. This Fee Application is submitted in conformity with the standards set forth in this district, which this Court uses in assessing the propriety of bankruptcy attorneys' fees. The standards include the time and labor required, the novelty and difficulty of the questions, the skill requisite to perform the legal service properly, the preclusion of other employment by the attorney due to acceptance of this case, the customary fees charged for like cases, whether the fee is fixed or contingent, time limitations imposed by the client or other circumstances, the amount involved and the results obtained, the experience, reputation, and ability of the attorney, the nature and length of the professional relationship with the client, and awards in similar cases.

12. Under the standards enumerated above, the Fee Award represents the reasonable value of the services rendered by Applicant as general bankruptcy counsel for the Debtor in this case during the Fee Period.

**Plan Funding and Payment of Compensation Awarded**

13. Applicant requests that the Fee Award be approved.

14. Applicant has not made previous application for fees and expenses in this matter, but has received $2,048.00 in pre-petition fees advanced by the Debtor. In addition, Applicant received $80.14 directly from the Debtor on a post-petition basis, to cover costs incurred in the case, and that amount remains in trust at this time..

15. Applicant requests an order that the unpaid balance of $24,427.38, which is the balance of the Fee Award, less the pre-petition payments summarized above, be disbursed to Applicant from Plan payments, as follows:

    a. Applicant is currently holding $80.14 in its Client Trust Account as summarized above, which the Applicant is requesting approval to disburse against the Fee Award;

    b. The balance of the Fee Award, in the amount of $24,347.24, shall also be payable through the Plan via trustee disbursements.

16. Applicant asserts that the Fee Award awarded hereunder constitutes an administrative priority claim, which will be paid from through the Debtor's Plan. Applicant has reviewed the confirmed Plan, and it provides for sufficient funding to pay the Fee Award as requested.

17. All services for which compensation is requested by Applicant were performed for, or on behalf of the Debtor, and not on behalf of any committee, creditor, or other person.

18. There is no agreement or understanding between the Debtor and any other person, other than principals of Applicant, for the sharing of compensation to be received for services rendered in this case.

19. Applicant certifies that it has generally complied with the guidelines set forth by the United States Trustee concerning fee applications.

WHEREFORE, Applicant prays that the Court enter an Order as follows:

1. Approving Applicant's compensation under the provisions of 11 U.S.C. § 330 in the amount of $26,475.38, representing $25,840.00 in attorney fees plus $635.38 in reasonable and necessary costs, for compensation for professional services rendered by Applicant to the Debtor for the period from January 20, 2021 through April 8, 2022 in this proceeding and authorizing payment thereof as follows:
   a. $2,048.00 in pre-petition fees already paid by the Debtor;
   b. Authorizing the Applicant to apply funds held in its Client Trust Account, in the amount of $80.14, toward payment of the approved fees;
   c. The balance of the Fee Award, in the amount of $24,347.24, also to be disbursed by the Trustee from Plan payments, and
2. For any other relief the Court deems just and appropriate.

Dated this April 8, 2022.

STEINHILBER SWANSON LLP

By: */s/ John W. Menn*

John W. Menn
Attorney for the Debtor
107 Church Avenue
Oshkosh, WI 54901
Tel: (920) 426-0456; Fax: (920) 426-5530

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Tena M Hendrickson,

Debtor.

Case No. 21-26103-beh
Chapter 13

## EXHIBIT A – TIME RECORDS

Attached hereto is a detailed summary of the attorney fees and costs incurred in this matter, in chronological order, from January 20, 2021 through April 8, 2022 (the "Fee Period").

| Date | Staff ID | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/20/2021 | John W. Menn | Call with client and begin prep / analysis of ch 13, with follow up email on options | 1.1 | $ 425.00 | $ 467.50 |
| 2/24/2021 | Beth M. Brockmeyer | Reviewed mortgage statement, updated Schedules, ran CCAP and reviewed foreclosure action on CCAP | 0.4 | $ 325.00 | $ 130.00 |
| 3/18/2021 | Beth M. Brockmeyer | Phone conference with client re: status of foreclosure and proceeding with Chapter 13 | 0.5 | $ 325.00 | $ 162.50 |
| 3/18/2021 | Beth M. Brockmeyer | Prepare fee agreement and attachments for Chapter 13 | 0.5 | $ 325.00 | $ 162.50 |
| 3/18/2021 | Beth M. Brockmeyer | Multiple emails with JWM, Heather and Cindy getting up to speed on Hendrickson, finding docs from prior file 1.0 | 1 | $ - | $ - |
| 4/1/2021 | Cynthia A. Krutke | Prepare draft letter to request Mortgage Modification and give authorization for direct contact with client | 0.1 | $ 180.00 | $ 18.00 |
| 4/23/2021 | Beth M. Brockmeyer | Review CCAP for forecosure status and results of 4/22/21 scheduling conference(.2); email to JWM re litigation regarding lien priority. (.1) | 0.3 | $ 325.00 | $ 97.50 |
| 6/28/2021 | Beth M. Brockmeyer | Follow up email to client re: forecloure case status | 0.1 | $ - | $ - |
| 6/29/2021 | Beth M. Brockmeyer | Email exchange with client re: mortgage modification | 0.1 | $ - | $ - |
| 7/6/2021 | Beth M. Brockmeyer | Review email from client (.1); phone call with JWM re: fee agreement and status of foreclosure matter (.2), review CCAP for case details (.2); review file documents regarding foreclosure (.3); email and voicemail for Attorney S. Schmeling re: status of foreclosure (.2) | 1 | $ 325.00 | $ 325.00 |
| 7/27/2021 | Beth M. Brockmeyer | Review file and status of foreclosure on CCAP prior to phone conference (.2); phone conference with Attorney S. Schmeling re: foreclosure action (.4); phone conference with client re: status of foreclosure (.2) | 0.8 | $ 325.00 | $ 260.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/27/2021 | Beth M. Brockmeyer | Phone conference with JWM re: status following phone conference with Attorney S. Schmeling, and notes to file re: same | 0.3 | $ - | $ - |
| 8/23/2021 | Beth M. Brockmeyer | Email exchange with client re: status of paying retainer for Chapter 13 | 0.1 | $ - | $ - |
| 8/30/2021 | Beth M. Brockmeyer | Phone conference with client, notes to file and email to JWM re: status of foreclosure | 0.3 | $ - | $ - |
| 9/7/2021 | John W. Menn | Call with client re: mortgage issues and Chapter 13 options | 0.7 | $ 425.00 | $ 297.50 |
| 9/7/2021 | Beth M. Brockmeyer | email to Attorney S. Schmeling re: nature of motion hearing on CCAP; phone conference with client re: same | 0.2 | $ 325.00 | $ 65.00 |
| 9/8/2021 | John W. Menn | Meet with client to review documents and pull credit reports and discuss options in Chapter 13; follow up correspondence with BMB re: strategy to deal with Legacy Bank "ghost mortgage" | 0.6 | $ 425.00 | $ 255.00 |
| 9/8/2021 | Beth M. Brockmeyer | Review email from JWM re: case strategy | 0.1 | $ - | $ - |
| 9/13/2021 | Beth M. Brockmeyer | Email exchange with client re: mortgage modification appeal | 0.1 | $ - | $ - |
| 9/17/2021 | Beth M. Brockmeyer | Email response to client RE: review of Motion to Voluntary Dismiss Foreclosure | 0.2 | $ 325.00 | $ 65.00 |
| 9/20/2021 | John W. Menn | Email with client re: foreclosure dismissal and mortgage modification | 0.1 | $ 425.00 | $ 42.50 |
| 9/20/2021 | Beth M. Brockmeyer | Email exchange with client re: status of Rushmore mortgage (.2); phone conference with client re: same (.2); review of client provided documents for schedule drafting (.8) | 1.2 | $ 325.00 | $ 390.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/21/2021 | Beth M. Brockmeyer | Review client provided documents and continued draft petition (1.2); email client "homework" docs (.1); phone conference with Attorney N. Hahn re: FACC mortgage (.2); drafted three authorizations for contacting mortgage companies (.3); multiple email exchanges with client re: pending issues / prep (.4); researched Legacy Bank status (.9); reviewed recorded mortgage documents (.4); emailed draft of Scheduled D, E, and F to client for review (.1) | 3.6 | $ - | $ - |
| 9/21/2021 | Cynthia A. Krutke | Real estate search for mortgages and the warranty deed | 0.2 | $ 180.00 | $ 36.00 |
| 9/22/2021 | Beth M. Brockmeyer | Review CCAP re: lawsuits against client's former business and update schedules | 0.6 | $ 325.00 | $ 195.00 |
| 9/23/2021 | Beth M. Brockmeyer | Review email from Attorney N. Hahn re second mortgage settlement proposal | 0.1 | $ 325.00 | $ 32.50 |
| 9/23/2021 | Beth M. Brockmeyer | Phone conference with client to interview re: Schedules and Statement of Financial Affairs for draft petition preparation | 1.4 | $ 325.00 | $ 455.00 |
| 9/23/2021 | Beth M. Brockmeyer | Redraft Rushmore Loan Servicing authorization with corrected zip code | 0.1 | $ - | $ - |
| 9/23/2021 | Beth M. Brockmeyer | Phone call to Rushmore Loan Servicing to obtain Note, payoff and reinstatement figures | 0.6 | $ - | $ - |
| 9/24/2021 | Beth M. Brockmeyer | Review documents needed for schedule preparation provided by client in email | 0.1 | $ - | $ - |
| 9/24/2021 | Beth M. Brockmeyer | Email to Attorney N. Hahn re settlement offer re: FACC mortgage | 0.1 | $ 325.00 | $ 32.50 |

| | | | | | |
|---|---|---|---|---|---|
| 9/27/2021 | Beth M. Brockmeyer | Update draft petition with notes from phone conference with client; review documents provided by client (2.0); call to Rushmore for payoff, reinstatement figures and status of modification (.4); memo to file; email to client re needed information (.4) | 2.8 | $ 325.00 | $ 910.00 |
| 10/1/2021 | Beth M. Brockmeyer | Email to client re status of needed documents | 0.1 | $ - | $ - |
| 10/4/2021 | Beth M. Brockmeyer | Review payoff and reinstatement figures provided by Rushmore Loan Servicing; updated draft petition; updated memo to file and email to client re needed documents | 0.6 | $ - | $ - |
| 10/5/2021 | Beth M. Brockmeyer | Edits to petition | 0.3 | $ 325.00 | $ 97.50 |
| 10/7/2021 | Beth M. Brockmeyer | Phone conference with JWM re status and mortgage issues | 0.2 | $ 325.00 | $ 65.00 |
| 10/7/2021 | Beth M. Brockmeyer | Email exchange with client re: mortgage mod status/options (.2); email and phone conference with Attorney N. Hahn re:FACC mortgage (.2); phone call to Rushmore re mortgage modification packet (.2) | 0.6 | $ 325.00 | $ 195.00 |
| 10/7/2021 | Beth M. Brockmeyer | Review Notice of Appearance in state court foreclosure action drafted by SMH | 0.1 | $ 325.00 | $ 32.50 |
| 10/8/2021 | Virginia George | Meet with BMB re tracking lender on FDIC website | 0.2 | $ - | $ - |

| | | | | | |
|---|---|---|---|---|---|
| 10/8/2021 | Beth M. Brockmeyer | Review mortgage modification application prior to phone conference with client (.2); phone conference with client to review mortgage modification application and collect missing information needed for schedules (.8); search for correct successor entity on FDIC website with VEG (.2); call and email to State Bank of Texas re: Legacy Bank debt (.4); review client tax returns and email to client re: missing pages of returns (.3); update to petition based on earlier phone call with client (.3); review mortgage priority (.3); phone conference with Jose Munoz of State Bank of Texas and follow up email with additional information (.4); review client draft of hardship letter for loan modification (.2) | 3.1 | $ 325.00 | $ 1,007.50 |
| 10/11/2021 | Beth M. Brockmeyer | Review client hardship letter notes and begin draft of hardship letter for loan modification with Rushmore Loan Servicing (.3)<br><br>Phone conference with client re information on job history needed for hardship letter for loan modification and reviewed issues with mortgag holders and items still needed form client to proceed (.4) | 0.7 | $ 325.00 | $ 227.50 |
| 10/11/2021 | Beth M. Brockmeyer | Draft hardship letter | 0.3 | $ 325.00 | $ 97.50 |
| 10/13/2021 | Beth M. Brockmeyer | Follow up on Notice of Appearance filed in foreclosure action | 0.1 | $ - | $ - |
| 10/15/2021 | Beth M. Brockmeyer | Email to client re: status of needed information | 0.1 | $ 325.00 | $ 32.50 |
| 10/19/2021 | Beth M. Brockmeyer | Continue draft client hardship letter for mortgage modification; continue draft mortgage modification application | 0.5 | $ 325.00 | $ 162.50 |
| 10/19/2021 | Beth M. Brockmeyer | organize efile | 0.4 | $ - | $ - |

| | | | | | |
|---|---|---|---|---|---|
| 10/22/2021 | Beth M. Brockmeyer | follow up email to J. Munoz at State Bank of Texas re: Legacy Bank mortgage issue | 0.1 | $ 325.00 | $ 32.50 |
| 10/25/2021 | Beth M. Brockmeyer | Review email from client re: business income and expenses (.1); phone conference with client re: same (.2) | 0.3 | $ 325.00 | $ 97.50 |
| 10/26/2021 | Beth M. Brockmeyer | Phone conference with J. Munoz of State Bank of Texas re: FDIC must approve lien release and FDIC contact information (1); phone conference with FDIC re: providing payoffs or lien releases (.1) | 0.2 | $ 325.00 | $ 65.00 |
| 10/28/2021 | Beth M. Brockmeyer | Review FDIC lien release requirements | 0.2 | $ 325.00 | $ 65.00 |
| 10/29/2021 | Beth M. Brockmeyer | Phone call to Bay Title re: FDIC title requirement (.1); submit inquiry to FDIC portal re: Legacy Bank mortgage (.4) | 0.5 | $ 325.00 | $ 162.50 |
| 11/1/2021 | Beth M. Brockmeyer | Review email from FDIC re: title work needed to proceed for lien release or payoff | 0.1 | $ 325.00 | $ 32.50 |
| 11/2/2021 | Beth M. Brockmeyer | Phone call to FDIC re: lien release (.2); email exchange with client re: FDIC title work requirement, cost of title work and need for income and expense information (.2) | 0.4 | $ 325.00 | $ 130.00 |
| 11/3/2021 | Beth M. Brockmeyer | Email to title company to request letter report | 0.2 | $ 325.00 | $ 65.00 |
| 11/4/2021 | Beth M. Brockmeyer | Review letter report (.2) ; attempt to submit documents to FDIC portal, phone call to FDIC and email documents as portal not uploading documents (.6) | 0.8 | $ 325.00 | $ 260.00 |
| 11/8/2021 | Beth M. Brockmeyer | Email to Attorney N. Hahn for FACC re: status of Chapter 13 filing | 0.1 | $ 325.00 | $ 32.50 |
| 11/9/2021 | Beth M. Brockmeyer | Review Motion for Summary Judgment filed in foreclosure action | 0.1 | $ 325.00 | $ 32.50 |
| 11/10/2021 | Beth M. Brockmeyer | Provide instructions to paralegal to download foreclosure case filings from CCAP | 0.1 | $ - | $ - |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/11/2021 | Beth M. Brockmeyer | Review filings in foreclosure case, initial answer and orders related to lien priority (.5); review documents needed for modification on first mortgage and email to client re: same (.4) | 0.9 | $ 325.00 | $ | 292.50 |
| 11/16/2021 | Beth M. Brockmeyer | Phone conference with JWM re: status of foreclosure and bankruptcy cases | 0.2 | $ 325.00 | $ | 65.00 |
| 11/16/2021 | Beth M. Brockmeyer | Call to FDIC re: Legacy Bank status of lien release (.2) review client mailing with bank statements, business income and expenses (.3); phone conference with client Re; same (.2); continue to review bank statements for business income and expenses and begin Means Test calcuklations (1.9); email to client re: needed information (.3) | 2.9 | $ 325.00 | $ | 942.50 |
| 11/17/2021 | Beth M. Brockmeyer | Phone conference with Mr. Hurt of the FDIC re: Legacy Bank mortgage | 0.3 | $ 325.00 | $ | 97.50 |
| 11/17/2021 | Beth M. Brockmeyer | Continue review of bank statements for business income (.2); phone conference with client re: status of foreclosure,continue review of bank statements for business income and discussed format for providing business income (.8); email to client regarding income information needed for filing and provided template for business expenses (.5) | 1.5 | $ 325.00 | $ | 487.50 |
| 11/17/2021 | Beth M. Brockmeyer | Phone conference with JWM re: status of case (.2); email to client re status of foreclosure action (.4); continue review of banks statements provided by client to update Means Test (.6); review draft of petition for for time sensitve updateds needed for filing (.8) | 2 | $ 325.00 | $ | 650.00 |
| 11/18/2021 | Beth M. Brockmeyer | Meet with JWM to review draft of petition and discuss mortgage lien treatment in Chapter 13 | 2.7 | $ 325.00 | $ | 877.50 |

| | | | | | |
|---|---|---|---|---|---|
| 11/18/2021 | Beth M. Brockmeyer | Review bank statements for business income and (1.0); email to client with questions re: business income (.2) | 1.2 | $ 325.00 | $ 390.00 |
| 11/19/2021 | Beth M. Brockmeyer | Phone conference with client to review draft after JWM review (.3) | 0.3 | $ 325.00 | $ 97.50 |
| 11/19/2021 | Beth M. Brockmeyer | Review monthly business expenses and prepare for phone conference (.3); edits to petition after phone conference with client; (1.1) email to client with request for information (.6); phone conference with JWM re: status (.1); review DFI instructions for opening an LLC (.2) | 2.2 | $ 325.00 | $ 715.00 |
| 11/19/2021 | Beth M. Brockmeyer | Locate links for LLC formation and provide to client with instructions by email (.2); draft expense portion of means test (.4) | 0.6 | $ 325.00 | $ 195.00 |
| 11/19/2021 | Beth M. Brockmeyer | Email exchange with State Bank of Texas and FDIC re: release of Legacy Bank mortgage and money judgment | 0.3 | $ 325.00 | $ 97.50 |
| 11/22/2021 | John W. Menn | Review FDIC Mortgage release and email with BMB re: same | 0.1 | $ 425.00 | $ 42.50 |
| 11/22/2021 | Beth M. Brockmeyer | Review FDIC release (.2); email exchange with client re: LLC formation (.1); review bank statements to calculate year to date gross business income (.2) | 0.5 | $ 325.00 | $ 162.50 |
| 11/23/2021 | Beth M. Brockmeyer | Two phone calls with client re: outstanding items needed for filing (.2); multiple email exchange with client re: LLC formation, items needed and updates to draft petition (1.3); phone conference with client re: items needed (.1); Teams meeting with JWM to begin drafting plan (1.1) ; email to client re: ongoing list fo items needed (.4); work with SMH to file release of Legacy Bank mortgage in Simplefile (.2) | 3.3 | $ 325.00 | $ 1,072.50 |

| | | | | | |
|---|---|---|---|---|---|
| 11/24/2021 | Beth M. Brockmeyer | Review documents sent by client for updating petition (.3); multiple email exchanges with client re: items needed for filing petition (.3); updated draft petition with LLC information and applied Wisconsin exemptions (1.0); draft email to client re: items still needed for filing (.2); add creditor to petition (.1) | 1.9 | $ 325.00 | $ 617.50 |
| 11/29/2021 | John W. Menn | Edits to chapter 13 Plan, and conduct Zoom meeting with client to review, edit, and finalize petition, schedules, and plan, and file the same | 2.4 | $ 425.00 | $ 1,020.00 |
| 11/29/2021 | Beth M. Brockmeyer | Review client emails and update petition for day of filing | 0.9 | $ 325.00 | $ 292.50 |
| 11/29/2021 | Beth M. Brockmeyer | Teams meeting with JWM to write plan | 2 | $ - | $ - |
| 11/29/2021 | Beth M. Brockmeyer | Zoom meeting with client and JWM to review petition and sign | 1.6 | $ - | $ - |
| 11/29/2021 | Beth M. Brockmeyer | Final edits prior to filing; meet with JWM | 0.5 | $ - | $ - |
| 11/29/2021 | Beth M. Brockmeyer | Emails to Attorneys. N. Hahn and S. Schmeling re Chapter 13 filing | 0.1 | $ 325.00 | $ 32.50 |
| 11/30/2021 | Cynthia A. Krutke | Prepare 341 letter to client. | 0.1 | $ 180.00 | $ 18.00 |
| 11/30/2021 | John W. Menn | Follow up with client re: 341 letter and bankruptcy obligations post-petition | 0.2 | $ 425.00 | $ 85.00 |
| 12/1/2021 | Beth M. Brockmeyer | Phone conference with CAK re: mortgage modification documents needed | 0.1 | $ - | $ - |
| 12/3/2021 | Beth M. Brockmeyer | Draft satisfaction of judgment for Legacy Bank money judgment in Brown County | 0.4 | $ 325.00 | $ 130.00 |
| 12/3/2021 | Beth M. Brockmeyer | Draft Motion for Mortgage Modification (.4); begin draft of email to client re same (.1) | 0.5 | $ 325.00 | $ 162.50 |
| 12/6/2021 | Beth M. Brockmeyer | Continue email re: MMM program fees and brief phone conference with client re same | 0.1 | $ 325.00 | $ 32.50 |
| 12/8/2021 | Beth M. Brockmeyer | Continue draft of satisfactions of judgment for Legacy Bank in Brown and Washington Counties (.2); email to J. Munoz at State Bank of Texas re: same (.1) | 0.3 | $ 325.00 | $ 97.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/9/2021 | John W. Menn | Review notes and email with BMB re: stipulation to modify mortgage and resolve all issues with First American Capital | 0.1 | $ 425.00 | $ 42.50 |
| 12/9/2021 | Beth M. Brockmeyer | Review email from JWM re: phone call with Attorney N. Hahn re: First American Capital Mortgage | 0.1 | $ 325.00 | $ 32.50 |
| 12/9/2021 | Beth M. Brockmeyer | Phone conference with JWM re: assignment to draft stipulation and motion for settlement with First American Capital | 0.1 | $ - | $ - |
| 12/10/2021 | Beth M. Brockmeyer | Phone call with J. Munoz re: lien releases for Legacy Bank are being mailed today | 0.1 | $ - | $ - |
| 12/13/2021 | Beth M. Brockmeyer | follow up text to client on signing MMM documents (.1); review documents collected and determine documents needed for MMM (.4); email to client with list and attachments re documents needed for MMM (.2) | 0.7 | $ 325.00 | $ 227.50 |
| 12/13/2021 | Beth M. Brockmeyer | Phone conference with Attorney N. Hahn re: FACC stipulation interest rate and SBA loan questions (.1); email to client re same (.2) | 0.3 | $ 325.00 | $ 97.50 |
| 12/14/2021 | Cynthia A. Krutke | Prepare draft of DMM Portal DocuMods packet | 0.5 | $ 180.00 | $ 90.00 |
| 12/14/2021 | Beth M. Brockmeyer | Email and text exchange with client re: LLC documents needed by client (.1); phone conference with client re: documents needed for MMM program and discussed stipulation with FACC (.3); gathered documents for MMM portal submission (.3) | 0.7 | $ 325.00 | $ 227.50 |
| 12/15/2021 | Beth M. Brockmeyer | Begin draft of stipulation with FACC | 1.8 | $ 325.00 | $ 585.00 |
| 12/16/2021 | Beth M. Brockmeyer | Review complete copy of 2019 tax returns (.1); review returned mail from Rushmore Loan Servicing (1); phone call to Rushmore to obtain correct address (.1); email to DBK re: new address for Rushmore (.1) | 0.4 | $ 325.00 | $ 130.00 |
| 12/20/2021 | Beth M. Brockmeyer | Continue draft of stipulation with FACC | 0.3 | $ 325.00 | $ 97.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/20/2021 | Beth M. Brockmeyer | Continue gathering documents for mortgage modification; review income and expenses for Oct and Nov and draft P & L (.3) | 0.3 | $ 325.00 | $ 97.50 |
| 12/20/2021 | Beth M. Brockmeyer | Phone conference with HS re: filing satisfactions and converting Brown County case to efiling (.1); file satisfaction for Legacy Bank judgments including working with assistant to navigate electronic filing system and troubleshooting issues (1.1) | 1.2 | $ - | $ - |
| 12/21/2021 | Beth M. Brockmeyer | Edits to hardship letter | 0.1 | $ 325.00 | $ 32.50 |
| 12/22/2021 | Beth M. Brockmeyer | Review DWD proof of claim | 0.1 | $ 325.00 | $ 32.50 |
| 12/23/2021 | Beth M. Brockmeyer | Email to client with hardship letter for signature | 0.1 | $ 325.00 | $ 32.50 |
| 12/28/2021 | Beth M. Brockmeyer | Review email from trustee re: amending plan re: second mortgage modification/stipulation (.1); edit stipulation and email to Attorney N. Hahn for review (.2) | 0.3 | $ 325.00 | $ 97.50 |
| 1/3/2022 | Beth M. Brockmeyer | Multiple email exchanges with client re: TFS system payments (.2); email to client laying out trustee and mortgage payments going forward (.2); review language suggested by Attorney Nick Hahn for FACC stipulation (.2) | 0.5 | $ 325.00 | $ 162.50 |
| 1/4/2022 | Beth M. Brockmeyer | Phone conference with JWM re: suggested language by Attorney N. Hahn on FACC stipulation | 0.1 | $ 325.00 | $ 32.50 |
| 1/5/2022 | Beth M. Brockmeyer | Draft edits to stipulation with FACC la (.5); review redlines after after JWM review (3.); two phone conferences with client re: stipulation with FACC and 341 hearing (.2); email final draft of stipulation to Attorney N. Hahn (.1) | 1 | $ 325.00 | $ 325.00 |
| 1/5/2022 | Beth M. Brockmeyer | clean up efile organization | 0.3 | $ - | $ - |

| | | | | | |
|---|---|---|---|---|---|
| 1/5/2022 | John W. Menn | Email client re: TFS, physical check plan payments, and 341 meeting (.2); review and edit stip with FACC and email to BMB for finalization (.3) | 0.5 | $ 425.00 | $ 212.50 |
| 1/6/2022 | Beth M. Brockmeyer | Attend 341 hearing by phone with JWM | 0.5 | $ - | $ - |
| 1/6/2022 | John W. Menn | Attend telephonic 341 meeting (.3); review claims and make updates to plan in Best Case (.2) | 0.5 | $ 425.00 | $ 212.50 |
| 1/7/2022 | Beth M. Brockmeyer | Text exchange with client re: 341 hearing and 1099 employee (.1); phone call with Rushmore Loan Servicing re: mortgage modification (.3); email Attorney S. Schmeling RE: Rushmore mortgage modification (.1) | 0.5 | $ 325.00 | $ 162.50 |
| 1/11/2022 | Beth M. Brockmeyer | Text and email exchange with client re: Verizon account on bankruptcy review | 0.1 | $ 325.00 | $ 32.50 |
| 1/12/2022 | Beth M. Brockmeyer | Follow up voicemail and email to Attorney S. Schmeling re: Order signed on Mortgage Modification | 0.1 | $ 325.00 | $ 32.50 |
| 1/13/2022 | Beth M. Brockmeyer | Email to Attorney N. Hahn re: signature on stipulation with FACC | 0.1 | $ 325.00 | $ 32.50 |
| 1/20/2022 | Beth M. Brockmeyer | Email to client with explanation of final FACC stipulation terms | 0.3 | $ 325.00 | $ 97.50 |
| 1/31/2022 | Beth M. Brockmeyer | Follow up email to Attorney S. Schmeling re: Rushmore filing POC and MMM program (.1); review POC's for secured creditors that have filed (.1) | 0.2 | $ 325.00 | $ 65.00 |
| 2/3/2022 | John W. Menn | Phone call with BMB re: amended plan requirements / details | 0.1 | $ - | $ - |
| 2/3/2022 | Beth M. Brockmeyer | Phone call with JWM re: drafting amended plan (.1); review items still needed for MMM and email to client re: same (.2); draft amended plan (.6); review paralegal draft of MMM submissions for updating (.2) | 1.1 | $ 325.00 | $ 357.50 |
| 2/7/2022 | John W. Menn | Teams meeting with BMB re: pending MMM issues | 0.1 | $ - | $ - |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/7/2022 | Beth M. Brockmeyer | Teams meeting with JWM to review status of MMM (.1); draft MMM payment letter to client and review Rushmore proof of claim on file to determine MMM payment (.5); review Rushmore proof of claim, including attorney fees and costs in excess of $11,000 for foreclosure action (.8) | 1.4 | $ 325.00 | $ | 455.00 |
| 2/8/2022 | John W. Menn | Teams meeting with BMB re: pending MMM issues | 0.2 | $ - | $ | - |
| 2/8/2022 | Beth M. Brockmeyer | Phone call with client re: mortgage and plan payments and documents needed for MMM (.1); Teams meeting with JWM re: same (.2); email to client re: same (.4) | 0.7 | $ 325.00 | $ | 227.50 |
| 2/9/2022 | John W. Menn | Phone call with BMB re: MMM docs / P&L documens | 0.2 | $ - | $ | - |
| 2/9/2022 | Beth M. Brockmeyer | Review client email with breakdown of business income and expenses and calculate business income (.9); phone conference with client re: same (.1); phone conference with JWM re: profit & loss statement for MMM program (.2); edits to profit & loss statement prepared by SMH (.1); email exchange with Attorney N. Hahn re: payment instructions for FACC mortgage (.1); continue preparation of documents for MMM submission (.7); phone conference with client re: same (.1); email to client re: mailing FACC payment (.1) | 2.3 | $ 325.00 | $ | 747.50 |
| 2/10/2022 | John W. Menn | Review and edit MMM Docs to prep for signature | 1.7 | $ 445.00 | $ | 756.50 |
| 2/10/2022 | Beth M. Brockmeyer | Meet with JWM to review and edit draft of mortgage modification docs drafted by CAK | 1.5 | $ - | $ | - |
| 2/11/2022 | Beth M. Brockmeyer | Phone conference with client re: FACC payment (.1); email /and text to client with FACC payment instructions (.1); edits MMM documents (.7); emails to client with MMM documents to sign (.2) | 1.1 | $ 325.00 | $ | 357.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/14/2022 | Cynthia A. Krutke | Review and organize MMM docs and prepare them for uploading to the portal; email to attorney regarding missing signature pages | 0.5 | $ 190.00 | $ | 95.00 |
| 2/14/2022 | Beth M. Brockmeyer | Email exchange with client re: signature pages for mortgage mediation | 0.2 | $ 325.00 | $ | 65.00 |
| 2/15/2022 | Beth M. Brockmeyer | Email to Attorney M. Dimand for Rushmore Loan Servicing that documents will be uploaded to MMM portal today | 0.1 | $ 325.00 | $ | 32.50 |
| 2/16/2022 | Beth M. Brockmeyer | Email to Attorney J. Dimand re: Rushmore accessing MMM portal | 0.1 | $ 325.00 | $ | 32.50 |
| 2/17/2022 | Beth M. Brockmeyer | Research Chapter 13 business debtor issues under sections 1304 & 364(a) | 1.7 | $ 325.00 | $ | 552.50 |
| 2/17/2022 | Beth M. Brockmeyer | Email to Attorney M. Dimand re: his client accessing the MMM portal | 0.1 | $ 325.00 | $ | 32.50 |
| 2/18/2022 | Beth M. Brockmeyer | Follow up text to client re: homeowner's insurance (.1); review mediation appointment order and email to client re: directions for paying mediation fee (.2) | 0.3 | $ 325.00 | $ | 97.50 |
| 2/23/2022 | Beth M. Brockmeyer | Teams meeting with JWM re: first mortgage payments and plan modification (.1); edit plan modification (.2); email to client re: first mortgage payments (.1); phone call with client re: plan, mortgage and mediator payments (.3) | 0.7 | $ 325.00 | $ | 227.50 |
| 2/28/2022 | John W. Menn | Review and edit plan mod, and email BMB re: final changes / filing plan | 0.1 | $ 445.00 | $ | 44.50 |
| 2/28/2022 | Beth M. Brockmeyer | Final edits to draft of amended plan (.4); email to client with amended plan for review (.2); text to client re: question on certified articles of incorporation (.1) | 0.7 | $ 325.00 | $ | 227.50 |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2022 | Beth M. Brockmeyer | Text exchange with client re: review amended plan (.1); phone call with client re: review of amended plan (.1); email to DBK re: filing amended plan (.1); email exchange with Attorney J. Marchinowski re: amended plan to be filed today (.1) | 0.4 | $ 325.00 | $ 130.00 |
| 3/1/2022 | Beth M. Brockmeyer | Continue research on Chapter 13 business debtor issues and email to JWM re: same | 0.8 | $ 325.00 | $ 260.00 |
| 3/3/2022 | Beth M. Brockmeyer | Email exchange with client re: automated payments to FACC and review stipulation for grace period | 0.2 | $ 325.00 | $ 65.00 |
| 3/8/2022 | Beth M. Brockmeyer | Phone conference with client re: Wisconsin Help for Homeowners and call from creditor (.1); research Wisconsin Help for Homeowners program and left message for NEWCAP for Brown County applicants (.7) | 0.8 | $ - | $ - |
| 3/9/2022 | Beth M. Brockmeyer | Multiple phone calls and email to client while she completed Wisconsin Help for Homeowners Application | 0.5 | $ 325.00 | $ 162.50 |
| 3/11/2022 | Beth M. Brockmeyer | Meet with JWM re: objection to Rushmore Servicing proof of claim | 0.1 | $ 325.00 | $ 32.50 |
| 3/14/2022 | Beth M. Brockmeyer | Review CCAP docket, proof of claim filed by Rushmore and draft email to Attorney Dimand re: attorney's fees included in proof of claim for litigation with FACC | 1 | $ 325.00 | $ 325.00 |
| 3/15/2022 | John W. Menn | Teams meeting with BMB re: Rushmore POC | 0.1 | $ - | $ - |
| 3/15/2022 | Beth M. Brockmeyer | Teams meeting with JWM re: attorney fees on proof of claim (.1); continue to review proof of claim to porpose settlement amount for attorney fees in foreclosure (.3) | 0.4 | $ 325.00 | $ 130.00 |
| 3/16/2022 | Beth M. Brockmeyer | Final review of attorney fees in proof of claim and edits to email to Attorney M. Dimand | 0.2 | $ 325.00 | $ 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3/17/2022 | Beth M. Brockmeyer | Phone conference with client re: bankruptcy inquiry mailed to her by John Hancock (.1); review proof of claim filed by State of Wisconsin re: Foodshare (.1) | 0.2 | $ 325.00 | $ 65.00 |
| 3/18/2022 | Cynthia A. Krutke | Email to client regarding mortgage statement. | 0.1 | $ 190.00 | $ 19.00 |
| 3/21/2022 | John W. Menn | Teams meeting with BMB re: insurance letter issues | 0.1 | $ - | $ - |
| 3/21/2022 | Beth M. Brockmeyer | Teams Meeting with JWM re: explanation of bankruptcy letters to insurance companies | 0.1 | $ 325.00 | $ 32.50 |
| 3/22/2022 | Beth M. Brockmeyer | Phone conference with client re: John Hancock insurance letter re: request for appointment (.1); draft letter to John Hancock re: bankruptcy background and request for appointment (1) | 1.1 | $ 325.00 | $ 357.50 |
| 3/25/2022 | Beth M. Brockmeyer | Email to client with proof of claim for Foodshare overpayment and draft letter to John Hancock re: bankruptcy status | 0.2 | $ 325.00 | $ 65.00 |
| 3/28/2022 | John W. Menn | Review and edit letter to John Hancock insurance | 0.1 | $ 445.00 | $ 44.50 |
| 3/28/2022 | Beth M. Brockmeyer | Teams meeting with JWM to review letters to insurance companies (.2); edits to John Hancock letter re: Ch 13 explanation (.2); draft Independent Order of Foresters Chapter 13 explanation letter (.3); text exchange with client re: letters and homeowners insurance (.1) | 0.8 | $ 325.00 | $ 260.00 |
| 3/28/2022 | Cynthia A. Krutke | Email to client with letter received from TransUnion. | 0.1 | $ 190.00 | $ 19.00 |
| 3/31/2022 | Beth M. Brockmeyer | Email to client re: escrow shortage and new payment amount | 0.2 | $ 325.00 | $ 65.00 |
| 4/6/2022 | Cynthia A. Krutke | Prepare draft of Fee Application for SSLLP. | 0.3 | $ 190.00 | $ 57.00 |
| 4/8/2022 | John W. Menn | Review and finalize Fee Application for SSLLP. | 0.5 | $ 445.00 | $ 222.50 |
| | | ***Total Attorney Fees:*** | ***95*** | | ***$ 25,840.00*** |

| **Date** | **Cost Description** | **Amount** |
|---|---|---|

| | | | |
|---|---|---|---|
| 9/21/2021 | Real estate document search and print fee. | $ | 23.11 |
| 11/4/2021 | Fee for Real Estate Title Report to Bay Title. | $ | 75.00 |
| 11/23/2021 | Release of Mortgage filed with Brown County via Simplifile | $ | 35.00 |
| 11/29/2021 | Chapter 13 filing fee | $ | 313.00 |
| 12/14/2021 | DMM Portal DocuMod preparation fee. | $ | 60.00 |
| 12/14/2021 | Copy expense-Notice of Motion and Motion for Referral to Mortgage Modification Mediation Program | $ | 2.00 |
| 12/14/2021 | Postage expense-Notice of Motion and Motion for Referral to Mortgage Modification Mediation Program | $ | 1.06 |
| 12/16/2021 | Copy expense-Ch. 13 plan, 341 notice, Notice of Motion and Motion for Referral to Mortgage Modification Mediation Program to Rushmore Loan Management | $ | 3.00 |
| 12/16/2021 | Postage expense-Ch. 13 plan, 341 notice, Notice of Motion and Motion for Referral to Mortgage Modification Mediation Program to Rushmore Loan Management | $ | 0.73 |
| 12/20/2021 | Satisfaction of Judgment Filing | $ | 5.14 |
| 12/22/2021 | Check 17749 Brown County Clerk of Courts Satisfaction of Judgment | $ | 5.00 |
| 2/16/2022 | DMM Portal Participation Fee. | $ | 60.00 |
| 3/1/2022 | Copy expense - Notice and Request to Amend Unconfirmed Chapter 13 Plan | $ | 20.00 |
| 3/1/2022 | Postage expense - Notice and Request to Amend Unconfirmed Chapter 13 Plan | $ | 13.25 |
| 4/8/2022 | Postage expense for mailing of Fee Application for SSLLP. | $ | 12.19 |
| 4/8/2022 | Copy expense for mailing of Fee Application for SSLLP. | $ | 6.90 |
| | ***Total Costs:*** | ***$*** | ***635.38*** |
| | ***Total Fees and Costs:*** | ***$*** | ***26,475.38*** |
| | ***Less Pre-petition Payments*** | ***$*** | ***(2,048.00)*** |

| | |
|---|---|
| ***Post-Petition Balance Payable:*** | ***$ 24,427.38*** |
| ***Less Trust Acct Balance (rec'd Post-petition)*** | ***$ (80.14)*** |
| ***Net Payable through Plan*** | ***$ 24,347.24*** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Tena M Hendrickson, Case No. 21-26103-beh
Chapter 13

Debtor.

**EXHIBIT B – SUMMARY OF PROFESSIONALS**

Pursuant to Local Rule 2016(a)(1), following is a list of all attorneys, professionals, paraprofessionals or other timekeepers performing services on the case long with a description of the experience, length of professional practice, and billing rate for each:

**John W. Menn**
**Partner, Admitted in 2009**
**$425.00 to $445.00 per hour during the fee period**

Attorney John W. Menn graduated from the University of Wisconsin Law School in 2009. Since 2009, he has primarily practiced in the areas of bankruptcy and matters related to insolvency, foreclosure, mortgage modification, and financial reorganization. His experience has involved representing debtors in all aspects of cases in chapters 7, 11, 12 and 13 of the Bankruptcy Code, and representing both debtors and creditors in adversary proceedings. He is a member of the American Bankruptcy Institute, Young Lawyers Division of the Wisconsin State Bar Association, and the Fox Valley Young Lawyers Association. He has also been a presenter at the Annual Bankruptcy, Insolvency, and Creditors' Rights section annual conference on various chapter 7, 12, and 13 topics.

**Virginia E. George**
**Partner, Admitted in 1988**
**$475.00 per hour (nominal time discounted to $0.00 on this matter)**

Attorney Virginia E. George is a Partner in the Milwaukee and Oshkosh Offices of Steinhilber Swanson LLP. She was admitted to practice in 1988 and has served as a Chapter 7 Panel trustee in the Eastern District of Wisconsin (Milwaukee Division) since 1999. She has, for 25 years, been peer rated "AV" at Martindale Hubbell. She has extensive experience in all aspects of Chapter 7, 11, 12 and 13 of the Bankruptcy Code including large liquidating Chapter 7 Asset cases and all types of adversary proceedings and enforcement actions. For the past 25 years she has concentrated over 95% of her practice in bankruptcy and insolvency matters, also serving as receiver in state and federal court and having previously represented a national lender in its Special Assets Division. She is a past two-term board member of the Bankruptcy Insolvency and Creditor's Rights Section of the State Bar of Wisconsin. She is a regular presenter at conferences on various bankruptcy topics.

| |
|---|
| **Beth M. Brockmeyer**<br>**Senior Associate, Admitted in 1995**<br>**$325.00 per hour**<br><br>Attorney Beth M. Brockmeyer is an associate attorney in the Milwaukee office and a member of the firm's Bankruptcy group. She represents individuals and businesses in restructurings, financial reorganization, receiverships, bankruptcy, and other debt adjustment strategies. Beth has extensive experience in all aspects of Chapter 7 and 13 of the U.S. Bankruptcy Code including consumer and business cases. She is a frequent speaker and published author on various bankruptcy topics. Beth is a former board member of the Bankruptcy, Insolvency and Creditors' Rights Section of the Wisconsin State Bar. |
| **Cynthia A. Krutke, SBWCP**<br>**Paralegal since 1999**<br>**$180.00 to $190.00 per hour during the fee period**<br><br>Cynthia A. Krutke received her B.A. in International Studies, with minors in Business and Spanish, from the University of Wisconsin – Oshkosh in 1990. She began working for the firm in 1994, handling reception and billing duties from 1994 – 1998. She has been a practicing paralegal since 1999, practicing primarily in the areas of bankruptcy, probate, real estate transactions, estate planning, and business / corporate law. Her experience has involved assisting in the representation of debtors and creditors in all aspects of cases in chapters 7, 11, 12 and 13 of the Bankruptcy Code, and adversary proceedings. She is a State Bar of Wisconsin Certified Paralegal. |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Tena M Hendrickson, Case No. 21-26103-beh
Chapter 13

Debtor.

**CERTIFICATE OF SERVICE FOR**
**NOTICE OF APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES OF DEBTOR'S COUNSEL**

STATE OF WISCONSIN )
) SS
WINNEBAGO COUNTY )

Cynthia Krutke, being first duly sworn, on oath deposes and says that she is paralegal with Steinhilber Swanson LLP, and that on April 8, 2022, she filed a true copy of the *Notice and Application for Allowance and Payment of Fees and Expenses of Debtor's Counsel* in the above matter, via the Court's CM/ECF System, and mailed a complete copy of the same by regular mail, securely enclosed in an envelope with postage paid thereon, and addressed to the following:

Tena M. Hendrickson
2400 Cedar Ridge
Green Bay, WI 54313

Cynthia Krutke further states that on April 8, 2022, she mailed a copy of the *Notice* of the above Application by regular mail, securely enclosed in an envelope with postage paid thereon, and addressed to the following:

SEE ATTACHED LIST

*/s/ Cynthia Krutke*
Cynthia Krutke

Subscribed and sworn to before me
this April 8, 2022.

*/s/ John W. Menn*
John W. Menn, Notary Public
State of Wisconsin
My commission is permanent.

Label Matrix for local noticing
0757-2
Case 21-26103-beh
Eastern District of Wisconsin
Milwaukee
Fri Apr 8 11:28:09 CDT 2022

First American Capital Corporation
GODFREY & KAHN, S.C.
100 West Lawrence Street
Appleton, WI 54911-5773

U.S. Bank Trust National Association, as Tru
c/o Marinosci Law Group, P.C.
Attn: Bankruptcy Department
14643 Dallas Parkway, Suite 750
Dallas, TX 75254-8884

~~Attorney Nicholas Kahn~~
Godfrey & Kahn DUPLICATE
100 West Lawrence St.
Appleton, WI 54911-5773

Baycare Health Systems LLC
c/o Finance Systems
PO Box 1597
Green Bay, WI 54305-1597

Continuum Design LLC
c/o Tena Hendrickson
2400 Cedar Ridge Ct.
Green Bay, WI 54313

Department of Workforce Development
Division of Unemployment Insurance
Collections - Tax
P.O. Box 7945
Madison, WI 53707-7945

Department of Workforce Development
Workers Compensation Division
PO Box 7901
Madison, WI 53707-7901

~~Discover Bank~~ DUPLICATE
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Door Peninsula Winery
5806 Highway 42
Sturgeon Bay, WI 54235-9767

First American Capital Corporation, Inc.
10710 W. Scharles Ave.
Hales Corners, WI 53130-2031

Green Bay Radiology
c/o Finance Systems
PO Box 1597
Green Bay, WI 54305-1597

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Nancy Sievers
1832 Briarwood Court
De Pere, WI 54115-2456

Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202-4510

Rushmore Loan Management
15480 Laguna Canyon Road, Suite 100
Irvine, CA 92618-2132

Small Business Administration
740 Regent St., Suite 100
Madison, WI 53715-2648

State of Wisconsin - Dept of Children and Fa
PO Box 8938
Madison, WI 53708-8938

State of Wisconsin-DWD
Unemployment Insurance Division
Collections-Tax
PO Box 7945
Madison, WI 53707-7945

The Huntington National Bank
P O Box 89424
Cleveland OH 44101-6424

U.S. Bank Trust National Association,
as Trustee of the Dwelling Series IV Tru
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-5004

USAA Savings Bank
PO Box 330099
San Antonio, TX 78265

Wisconsin Department of Revenue
2135 Rimrock Rd.
PO Box 8906
Madison, WI 53708-8906

Beth M. Brockmeyer VIA CM/ECF
Steinhilber Swanson, LLP
759 N. Milwaukee St.
Suite 305
Milwaukee, WI 53202-3714

John W. Menn VIA CM/ECF
Steinhilber Swanson LLP
107 Church Ave
Oshkosh, WI 54901-4745

Rebecca R. Garcia VIA CM/ECF
Chapter 13 Trustee
PO Box 3170
Oshkosh, WI 54903-3170

Tena M. Hendrickson
2400 Cedar Ridge
Green Bay, WI 54313-5774